IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 13-30056 |
| | ) | |
| DAVID L. SIMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

Pending before the Court is the Motion of Defendant David L. Simpson to Suppress the Traffic Stop [d/e 22]. Following an evidentiary hearing on the motion, United States Magistrate Judge Byron G. Cudmore entered a Report and Recommendation [d/e 26], wherein he recommended that Defendant's motion be denied. Defendant David L. Simpson has filed a Pro Se Objection [d/e 27] to the Report and Recommendation.

Upon reviewing the record, the Court agrees with the analysis contained in the Report and Recommendation. The traffic stop was valid because the officer had probable cause to believe that the van was speeding.

Moreover, as a passenger riding in a vehicle that he does not own, the Defendant did not have a reasonable expectation of privacy and lacks standing to challenge the validity of the search.

The Court further concludes that, even if the Defendant had a reasonable expectation of privacy in the van, the search was valid. Upon the discovery of drugs in the vehicle, the officers had probable cause to arrest the Defendant. Accordingly, the search and arrest were proper even if the Defendant had a reasonable expectation of privacy in the van.

The Defendant has filed a Pro Se Objection to the Report and Recommendation. The filing is a general objection and does not point specifically to any alleged legal or factual errors in the Report and Recommendation.

Ergo, the Court hereby ADOPTS the Report and Recommendation [d/e 26] entered by United States Magistrate Judge Byron G. Cudmore. The Motion of Defendant David L. Simpson to Suppress the Traffic Stop [d/e 22] is DENIED. The Defendant's Pro Se Objection to the Report and Recommendation [d/e 27] is DENIED.

ENTER: December 9, 2013

FOR THE COURT:

*s/Richard Mills*
Richard Mills
United States District Judge